## SNEDECKER ENDORSEE OF ANKRIM, vs. TEST.

In an action by the endorsee of a negotiable note, it is not necessary to aver that the
endorsement was made by virtue of the statute law.

ASSUMPSIT on a note executed by the defendant to A. Ankrim, and
by him endorsed to the plaintiff.

Special Demurrer to the Declaration, " for that the declaration doth
not aver that the endorsement was made under the statute in such
cases made and provided."

BEEBE, for the plaintiff.

REDICK, for the defendant.

PRESIDENT.—As this demurrer is submitted without argument, we
are left to conjecture why it is deemed necessary to insert such aver-
ment in the declaration.   That it is usual in practice, seems the only
reason.   It is *generally* safer and better to adhere to the customary
forms in pleading, but such adherence is not in all points necessary.
The statute law is one which we are bound, ex officio, to notice ; it need
not, therefore, be particularly referred to, but it is sufficient for the
plaintiff to bring his case within it.——Judgment for the plaintiff.